IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW NATHAN WORLEY et al.,

    Plaintiffs,

v.                                                    CASE NO. 4:10cv423-RH/CAS

KENNETH W. DETZNER, in his
official capacity as Florida
Secretary of State, et al.,

    Defendants.

_____/

## ORDER EXTENDING THE DEADLINE TO
## CLAIM ATTORNEY'S FEES OR COSTS

The joint motion to stay proceedings regarding attorney's fees and costs, ECF No. 77, is GRANTED. The deadline for filing any motion for attorney's fees or costs is extended to April 25, 2014.

SO ORDERED on March 12, 2014.

                                        s/Robert L. Hinkle
                                        United States District Judge